**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC, § § *Plaintiff*, § § v. § § GOOGLE LLC, § § *Defendant*. § | Case No. 2:18-cv-00491-JRG-RSP |

### ORDER

Before the Court is Plaintiff Uniloc 2017, LLC's ("Uniloc") and Defendant Google LLC's ("Google") (collectively "Parties") Joint Notice in Response to Order on Uniloc's Motion to Compel Venue Discovery ("Notice"). (Dkt. No. 89.) The Court previously ordered that the Parties file a joint notice regarding agreements reached and any remaining disputes concerning deadlines for producing email communications by September 16, 2019. (Dkt. No. 87 at 1.) Within the Parties' Notice, the Parties request an additional week to submit a modified schedule to the Court. (Dkt. No. 89.)

After consideration, the Court hereby **ORDERS** that the Parties' deadline to provide a modified schedule is extended until September 23, 2019. The parties shall provide a modified schedule on or before that date.

**SIGNED this 17th day of September, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE