# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NOS. 2:18-CV-491-, -492, -493, -496, |
| | § | -497, -499, -501, -502, -503, -504, -548, -550, |
| GOOGLE, LLC, | § | -551, -552, -553 |
| | § | |
| *Defendants*. | § | |

## Motions Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### March 12, 2020

**OPEN:** 9:00 am                                                        **ADJOURN:** 3:15 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Nate Legum |
| | Jonathan Todd |
| COURT REPORTER: | Shea Sloan |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Jim Etheridge announced ready and introduced co-counsel. Mike Jones announced ready and introduced co-counsel.

Brett Mangrum argued Plaintiff's Motion to Compel Production of Technical Documents (2:18-cv-492 #173). Robert Laurenzi and Robert Unikel responded for Google.

Mr. Mangrum also argued Plaintiff's Motion to Compel Production of Technical Documents (2:18-cv-496 #171). David Caine responded for Google.

The Court then heard argument from Mr. Mangrum on Plaintiff's Motion to Compel (2:18-cv-491 #159; 2:18-cv-492 #151; and 2:18-cv-497 #160). Jeffrey Huang also argued for plaintiff. Robert Unikel responded. The Court also heard argument from the same attorneys on Defendant's Motion to Strike Portions of Plaintiff's Infringement Contentions (2:18-cv-491 #153; 2:18-cv-492 #146; 2:18-cv-497 #154).

After the lunch break, Brian Koide argued Plaintiff's Motion to Compel Identification and Production of Financial Documents (2:18-cv-491 #178; 2:18-cv-492 #174; 2:18-cv-493 #167;

2:18-cv-496 #170; 2:18-cv-497 #184; 2:18-cv-499 #154; 2:18-cv-502 #154; 2:18-cv-503 #162; and 2:18-cv-504 #164).   Greg Lanier responded.   Jim Etheridge also argued for plaintiff.

The Court then heard argument on Plaintiff's Motion to Compel Damages-Related Documents (2:18-cv-492 #178; 2:18-cv-496 #174; 2:18-cv-502 #156; and 2:18-cv-504 #167).   David Caine responded for Google.

Brett Mangrum then argued Plaintiff's Motion to Strike Invalidity Contentions (2:18cv491 #181; 2:18-cv-492 #175; 2:18-cv-493 #172;   2:18-cv-496 #168; 2:18-cv-497 #188; 2:18-cv-499 #159; 2:18-cv-501 #175; 2:18-cv-502 #153; 2:18-cv-503 #166; and 2:18-cv-504 #162). David Caine and Robert Laurenzi responded.

Jim Etheridge took up a housekeeping issue regarding the upcoming deadline for the parties to file a Joint Notice concerning the positions of the parties on further proceedings in the second wave of *Uniloc v. Google* cases. The Court extended the deadline to provide this Joint Notice until Wednesday, March 18, 2020.