IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | § § § § § § § § § § § § § Case No. 2:18-cv-00491-JRG-RSP |

## ORDER

Before the Court is the Joint Stipulation Regarding Production of Subpoenaed Third Party Communications ("Stipulation"). (Dkt. No. 206). Within the stipulation, Defendant Google LLC ("Google") agrees that:

> Google will produce all of the communications between Google's outside counsel and subpoenaed third parties (electronic or written) regarding the subject matter of any subpoenas served upon such third parties in both Wave I and Wave II cases by 5pm CT, Friday, March 13th, 2020.
>
> Further, going forward Google agrees to promptly produce within 24 hours any communications between Google's outside counsel and subpoenaed third parties (electronic or written) regarding the subject matter of any subpoenas served upon such third parties in both Wave I and Wave II cases and will continue to do so until the last case is dismissed. The parties have reached this agreement in good faith to prevent further motions practice on these issues.

(Dkt. No. 206 at 1).

After consideration, the Court **GRANTS** the Stipulation. Due to the Stipulation, it is **ORDERED** that Plaintiff Uniloc 2017 LLC's Motion to Compel Discovery is **DENIED AS MOOT**. (**Dkt. No. 179**).

**SIGNED** this 16th day of March, 2020.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE