# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:18-cv-00491-JRG-RSP |
| § | |
| GOOGLE LLC, § | |
| § | |
| *Defendant*. § | |

## TRANSFER ORDER

Before the Court is the Motion to Transfer Venue to the Northern District of California under 28 U.S.C. § 1404 ("Motion"), filed by Defendant Google LLC ("Google"). Dkt. No. 107. The Court recently considered this question in a related case, granting the motion to transfer. *See* Dkt. No. 308 in Case No. 2:18-cv-00504-JRG-RSP. After consideration, and for the reasons provided in the Order in the -504 case, the Court **GRANTS** Google's Motion.

It is therefore **ORDERED** that the above-captioned case be transferred to the Northern District of California. It is further **ORDERED** that the unreached deadlines in the Docket Control Order are **VACATED**. *See* Dkt. No. 303.

**SIGNED this 19th day of June, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE